IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAYLIN BONDS, Individually and on Behalf
of All Others Similarly Situated                                                PLAINTIFF

v.                              Case No. 3:18-cv-00189-KGB

LANGSTON COMPANIES, INC.                                                         DEFENDANT

# ORDER

Before the Court is plaintiff Jaylin Bonds' unopposed motion for leave to file first amended and substituted complaint, class and collective action (Dkt. No. 17). Mr. Bonds represents that the purpose of the proposed amendment is to add plaintiff Holly Price and her claims under Title VII of the Civil Rights Act of 1964; the Equal Pay Act of 1963, 29 U.S.C. § 206, *et seq.*; and the Arkansas Minimum wage Act, Ark. Code Ann. § 11-4-601, *et seq.* (*Id.*, ¶ 2). Mr. Bonds asserts that ample time remains to investigate the claims being added in the first amended and substituted complaint because the parties have only recently exchanged initial disclosures, and formal discovery has not yet begun (*Id.*, ¶ 4). Further, pursuant to the Final Scheduling Order in this case, Mr. Bonds filed his motion within the time limit to add parties or amend pleadings (Dkt. No. 15, at 1). Mr. Bonds represents that defendant Langston Companies, Inc. ("Langston") does not oppose the motion (Dkt. No. 17, ¶ 5).

Pursuant to Federal Rule of Civil Procedure 15(a)(2), more than 21 days after a pleading is served, the serving "party may amend its pleading only with the opposing party's written consent or the court's leave." As the Final Scheduling Order's deadline for amending pleadings had not yet passed when Mr. Bonds filed the motion, and because Langston does not oppose Mr. Bonds' motion, the Court grants Mr. Bonds' motion to file an amended complaint and directs Mr. Bonds to file his proposed amended complaint within ten days from the entry of this Order.

Also before the Court is a motion to withdraw Chris Burks as counsel for plaintiff Jaylin Bonds (Dkt. No. 16). Mr. Bonds will continue to be represented by Daniel D. Ford and Joshua Sanford (*Id.*, ¶ 2). For good cause shown, the Court grants the motion (Dkt. No. 16). The Court directs the Clerk to terminate Mr. Burks as counsel of record for Mr. Bonds.

So ordered this 22nd day of April, 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge