IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAYLIN BONDS, Individually and on Behalf
of All Others Similarly Situated                                                           PLAINTIFF

v.                              Case No. 3:18-cv-00189-KGB

LANGSTON COMPANIES, INC.                                                       DEFENDANT

## ORDER

Before the Court is a joint motion for amended final scheduling order filed by plaintiffs Jaylin Bonds and Holly Price and defendant Langston Companies, Inc. ("Langston") (Dkt. No. 25). Also before the Court is Mr. Bonds and Ms. Price's motion for conditional certification, for disclosure of contact information, and to send notices (Dkt. No. 7). The parties request that the Court amend the final scheduling order to extend the time for discovery to allow the parties to fully investigate the claims and defenses in this case, once the Court has decided Mr. Bonds and Ms. Price's pending motion for conditional certification (Dkt. No. 25, ¶¶ 7, 9). The parties also request that the Court reset the remaining deadlines, including the trial date (*Id.*, ¶ 9). The parties represent that Langston joins the motion for the limited purpose of extending the discovery deadline and the subsequent deadline set by the final scheduling order to allow Langston to take Mr. Bonds' deposition (*Id.*, ¶ 8). For good cause shown, the Court grants the parties joint motion (Dkt. No. 25). This case is currently set for trial the week of October 7, 2019. The Court removes this case from the trial calendar. Mr. Bonds and Ms. Price's motion for conditional certification remains under advisement (Dkt. No. 7). A new trial date will be set by separate scheduling order.

It is so ordered this 7th day of August, 2019.

_____
Kristine G. Baker
United States District Judge