IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAYLIN BONDS and HOLLY PRICE,**                                           **PLAINTIFFS**
**Each individually and on Behalf of**
**All Others Similarly Situated**

vs.                                              No. 3:18-cv-189-LPR

**LANGSTON COMPANIES, INC.**                                               **DEFENDANT**

## SUPPLEMENT TO JOINT MOTION FOR APPROVAL OF SETTLEMENT

COME NOW Plaintiffs Jaylin Bonds and Holly Price, together with Defendant Langston Companies, Inc., by and through their respective undersigned counsel, and they submit the following Supplement to Joint Motion for Approval of Settlement, and hereby state as follows.

1. The Parties inadvertently failed to file Exhibit A to Exhibit 1 to their Joint Motion for Judicial Approval of Liability Settlement (ECF No. 69).

2. Attached as Exhibit A to this filing is that intended exhibit, which is the allocation of liability damages among Plaintiffs and opt-in Plaintiffs.

Page 1 of 2
Jaylin Bonds, et al. v. Langston Companies, Inc.
U.S.D.C. (E.D. Ark.) No. 3:18-cv-189-LPR
Supplement to Joint Motion for Approval of Settlement

Respectfully submitted,

**PLAINTIFFS JAYLIN BONDS and HOLLY PRICE, Each individually and on Behalf of All Others Similarly Situated**

SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and     /s/ Robert D. Meyers
Robert D. Meyers
Ark. Bar No. 2005008
GLANKLER BROWN, PLLC
6000 Poplar Ave., Suite 400
Memphis, Tennessee 38119
Telephone: (901) 576-1715
rmeyers@glankler.com

**Attorney for Defendant Langston Companies, Inc.**

Page 2 of 2
Jaylin Bonds, et al. v. Langston Companies, Inc.
U.S.D.C. (E.D. Ark.) No. 3:18-cv-189-LPR
Supplement to Joint Motion for Approval of Settlement